**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Jahmy S. Graham (SBN 300880)
jahmy.graham@nelsonmullins.com
Rona Eli (SBN 326093)
rona.eli@nelsonmullins.com
Michael E. Seager (SBN 354564)
michael.seager@nelsonmullins.com
Two California Plaza, Suite 2200
350 South Grand Avenue
Los Angeles, California 90071
Telephone:   (424) 221-7470
Facsimile:    (202) 279-2017

Attorneys for Defendants
TOYOTA MOTOR NORTH AMERICA, INC.; TOYOTA
MOTOR ENGINEERING & MANUFACTURING NORTH
AMERICA, INC.; TOYOTA MOTOR SALES, U.S.A., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

| | |
|---|---|
| FRANCIS RODRICK; ROBERT DADE; and JAMIE PABILONIA,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR NORTH AMERICA INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>Defendants. | Case No. 3:26-cv-03210-H-JLB<br><br>Assigned to: Hon. Marilyn L. Huff<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., AND TOYOTA MOTOR SALES, U.S.A., INC.'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>[*Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; Declaration of Jahmy S. Graham; and [Proposed] Order*]<br><br>Date: October 12, 2026<br>Time: 10:30 a.m.<br>Courtroom: 12A<br><br>Complaint Filed:  May 22, 2026 |

26cv3210

RJN ISO MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Evidence 201, Defendants Toyota Motor North America, Inc. ("TMNA"), Toyota Motor Engineering & Manufacturing North America, Inc. ("TEMA"), and  Toyota Motor Sales, U.S.A., Inc. ("TMS") (collectively, "Defendants") respectfully request that the Court take judicial notice of the following documents attached as Exhibits 1-3 to the Declaration of Jahmy S. Graham ("Graham Decl.") in support of Defendants' Motion to Dismiss ("Motion") Plaintiffs' putative Class Action Complaint ("Complaint").

## I.      INTRODUCTION

1.      **Exhibit 1** is a true and correct copy of the Lexus Technical Service Information Bulletin ("TSB") L-SB-0016-23, dated March 13, 2023, regarding the "Battery Maintenance During PDS" for Model Year 2024 Lexus NX250, NX350, NX350H, NX450H+, RX350, RX350H, and RX450H+. This TSB is publicly available on the National Highway Traffic Safety Administration ("NHTSA") website at https://static.nhtsa.gov/odi/tsbs/2024/MC-10248820-9999.pdf.

2.      **Exhibit 2** is a true and correct copy of the Lexus TSB L-SB-0015-23, dated March 13, 2023, regarding the "Maintenance for HV/BEV and Auxiliary Batteries" for Model Year 2024 Lexus NX350H, RX350H, RX450H+, and RX500H. This TSB is publicly available on the NHTSA website at https://static.nhtsa.gov/odi/tsbs/2023/MC-10244125-9999.pdf.

3.      **Exhibit 3** is a true and correct copy of the Lexus TSB L-SB-0001-24, dated January 24, 2024, regarding the "Battery Inspection and Maintenance During PDS" for Model Year 2025 Lexus NX250, NX350, NX350H, NX450H+, RX350, RX350H, RX450H+, and RX500H. This TSB is publicly available on the NHTSA website at https://static.nhtsa.gov/odi/tsbs/2025/MC-11014201-0001.pdf.

## II.     ARGUMENT

Federal Rule of Evidence 201 allows a court to take judicial notice of facts that are "not subject to reasonable dispute" because they are either (1) "generally known within the trial court's territorial jurisdiction" or (2) "can be accurately and readily

RJN ISO MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018). Facts subject to judicial notice may be considered on a motion to dismiss. *Mullis v. U.S. Bankr. Ct. for Dist. of Nevada*, 828 F.2d 1385, 1388 (9th Cir. 1987).

### A. The Court May Take Judicial Notice of the TSBs Because Their Authenticity and Contents Are Not Subject to Reasonable Dispute.

The Court may properly take judicial notice of Exhibits 1-3 because they are not subject to reasonable dispute. Exhibits 1-3 are true and correct copies of the TSBs related to the 12-volt batteries in the Subject Vehicles[1] at issue in this action.

TSBs are properly the subject of judicial notice. *Bryde v. Gen. Motors, LLC*, No. 16-cv-02421-WHO, 2016 WL 6804584, at *1 n.1 (N.D. Cal. Nov. 17, 2016) ("I also take judicial notice of Exhibits 12 and 13 because they are copies of the technical service bulletins cited in plaintiffs' [complaint]"); *Victorino v. FCA US LLC*, No. 16cv1617-GPC(JLB), 2016 WL 6441518, at *8 n.6 (S.D. Cal. Nov. 1, 2016) (same); *Keegan v. Am. Honda Motor Co., Inc.*, 838 F. Supp. 2d 929, 936 n.38 (C.D. Cal. 2012) (same).

There can be no reasonable dispute regarding the authenticity of Exhibits 1-3 because they are true and correct copies of the very TSBs identified and relied upon in the Complaint and are publicly available on the NHTSA government website.

### B. The Court May Consider the TSBs Under the Incorporation by Reference Doctrine Because Plaintiffs' Claims Rely on Them.

The Court may properly consider Exhibits 1-3 because they are incorporated by reference into the Complaint. Based on the plain language of the Complaint, the TSBs set forth above as Exhibits 1-3 form part of the basis of Plaintiffs' claims.[2]

---

[1] 2022-2026 Lexus NX and RX vehicles. Compl. ¶ 2.
[2] *See*, *e.g.*, Compl. ¶¶ 26-28, 33.

RJN ISO MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

Plaintiffs specifically identify each TSB by number, describe the purported contents of each TSB, and rely on the TSBs as purported evidence of Defendants' knowledge concerning an alleged defect in the 12-volt battery and "charging system" of the Subject Vehicles. *See Compl.* ¶¶ 26-28, 33.

Under the incorporation by reference doctrine, a court may further properly consider documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (citation modified). Moreover, the incorporation by reference doctrine also serves "to prevent plaintiffs from cherry-picking certain portions of documents that support their claims, while omitting portions that weaken their claims." *Rutter v. Apple, Inc.*, 2022 WL 1443336, at *3 (N.D. Cal. May 6, 2022). It is properly applied when "the document forms the basis of plaintiff's claim." *Id.* (internal quotations and citation omitted).

Here, Plaintiffs rely on the TSBs as purported evidence that all Defendants possessed pre-suit knowledge of the alleged defect. *See Compl.* ¶¶ 26-28, 33. Because Plaintiffs selectively rely on the existence and purported significance of the TSBs to support their claims, the Court may consider the complete TSBs themselves rather than Plaintiffs' characterization of those documents.

## III.  CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of Exhibits 1-3 accompanying the Graham Declaration in support thereof, in connection with Defendants' Motion to Dismiss Plaintiffs' Complaint.

///

///

///

///

///

RJN ISO MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

Dated:  July 20, 2026

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:    */s/ Jahmy S. Graham*
Jahmy S. Graham
Rona Eli
Michael E. Seager

*Attorneys for Defendants*
TOYOTA MOTOR NORTH AMERICA, INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; TOYOTA MOTOR SALES, U.S.A., INC.

RJN ISO MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first-class postage prepaid, to all counsel of record in this matter.

/s/ Jahmy S. Graham
Jahmy S. Graham