**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Jahmy S. Graham (SBN 300880)
jahmy.graham@nelsonmullins.com
Rona Eli (SBN 326093)
rona.eli@nelsonmullins.com
Michael E. Seager (SBN 354564)
michael.seager@nelsonmullins.com
Two California Plaza, Suite 2200
350 South Grand Avenue
Los Angeles, California 90071
Telephone:   (424) 221-7470
Facsimile:    (202) 279-2017

Attorneys for Defendants
TOYOTA MOTOR NORTH AMERICA, INC.; TOYOTA
MOTOR ENGINEERING & MANUFACTURING NORTH
AMERICA, INC.; TOYOTA MOTOR SALES, U.S.A., INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

| | |
|---|---|
| FRANCIS RODRICK; ROBERT DADE; and JAMIE PABILONIA, | Case No. 3:26-cv-03210-H-JLB |
| Plaintiffs, | Assigned to: Hon. Marilyn L. Huff |
| v. | **DECLARATION OF JAHMY S. GRAHAM IN SUPPORT OF DEFENDANTS TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., AND TOYOTA MOTOR SALES, U.S.A., INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT** |
| TOYOTA MOTOR NORTH AMERICA INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; TOYOTA MOTOR SALES, U.S.A., INC., | |
| Defendants. | [*Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; Request for Judicial Notice; and [Proposed] Order*] |
| | Date: October 12, 2026<br>Time: 10:30 a.m.<br>Courtroom: 12A |
| | Complaint Filed:  May 22, 2026 |

26cv3210

DECLARATION OF JAHMY S. GRAHAM ISO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

I, Jahmy S. Graham, declare as follows:

1. I am an attorney licensed to practice before all courts in the State of California and the United States District Court for the Southern District of California. I am a Partner at Nelson Mullins Riley & Scarborough LLP and represent Defendants Toyota Motor North America, Inc. ("TMNA"), Toyota Motor Engineering & Manufacturing North America, Inc. ("TEMA"), and Toyota Motor Sales, U.S.A., Inc. ("TMS") (collectively, "Defendants") in the above-captioned matter. I make this declaration based upon my own personal knowledge, except as to those matters stated upon information and belief, which I have a good faith basis to believe are true and correct. If called as a witness to testify to the statements made in this declaration, I could and would do so honestly and competently.

2. I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' putative Class Action Complaint ("Complaint") and Request for Judicial Notice.

3. Attached as **Exhibit 1** is a true and correct copy of the Lexus Technical Service Information Bulletin ("TSB") L-SB-0016-23, dated March 13, 2023, regarding the "Battery Maintenance During PDS" for Model Year 2024 Lexus NX250, NX350, NX350H, NX450H+, RX350, RX350H, and RX450H+. This TSB is publicly available on the National Highway Traffic Safety Administration ("NHTSA") website at https://static.nhtsa.gov/odi/tsbs/2024/MC-10248820-9999.pdf.

4. Attached as **Exhibit 2** is a true and correct copy of the Lexus TSB L-SB-0015-23, dated March 13, 2023, regarding the "Maintenance for HV/BEV and Auxiliary Batteries" for Model Year 2024 Lexus NX350H, RX350H, RX450H+, and RX500H. This TSB is publicly available on the NHTSA website at https://static.nhtsa.gov/odi/tsbs/2023/MC-10244125-9999.pdf.

5. Attached as **Exhibit 3** is a true and correct copy of the Lexus TSB L-SB-0001-24, dated January 24, 2024, regarding the "Battery Inspection and Maintenance During

1
26cv3210

DECLARATION OF JAHMY S. GRAHAM ISO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

PDS" for Model Year 2025 Lexus NX250, NX350, NX350H, NX450H+, RX350, RX350H, RX450H+, and RX500H. This TSB is publicly available on the NHTSA website at https://static.nhtsa.gov/odi/tsbs/2025/MC-11014201-0001.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of July, 2026, at Los Angeles, California.


*/s/ Jahmy S. Graham*
Jahmy S. Graham

DECLARATION OF JAHMY S. GRAHAM ISO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first-class postage prepaid, to all counsel of record in this matter.

*/s/ Jahmy S. Graham*
Jahmy S. Graham

CERTIFICATE OF SERVICE