# EXHIBIT 3

**L-SB-0001-24**        **Rev1**           **January 24, 2024**



Technical Service Information Bulletin

# Battery Inspection and Maintenance During PDS

| Service Category | General | | |
|---|---|---|---|

**Section**    Pre-Delivery Service                **Market**  USA



Toyota Supports ASE Certification

**Applicability**

| YEAR(S) | MODEL(S) | ADDITIONAL INFORMATION |
|---|---|---|
| 2025 | ES250, ES300H, ES350, GX550, IS300, IS350, IS500, LC500, LC500C, LC500H, LS500, LS500H, LX600, LX700H, NX250, NX350, NX350H, NX450H+, RC F, RC300, RC350, RX350, RX350H, RX450H+, RX500H, RZ300E, RZ450E, TX350, TX500H, TX550H+, UX300H | |

---

**REVISION NOTICE**

**January 24, 2025 Rev1:**

- **Applicability has been updated to include 2025 model year LX 700h vehicles.**
- **The Introduction and Required Tools & Equipment sections have been updated.**

**Any previous printed versions of this bulletin should be discarded.**

---

© 2025 Lexus, a division of Toyota Motor Sales, USA

 

## Battery Inspection and Maintenance During PDS

**Introduction**

A battery in a stored vehicle is subject to conditions that can reduce its performance and service life. These conditions include storage period, temperature, parasitic drain, and battery load. Because of these factors, battery inspection and maintenance are required in order to ensure proper operation and optimal battery life.

Refer to the table below for a definition of terms used in this bulletin.

**Table 1.**

| TERM | ACRONYM | DEFINITION |
|---|---|---|
| Conventional Vehicle | CV | A vehicle with only a gasoline engine for propulsion |
| Electrified Vehicle | EV | A vehicle that utilizes a hybrid, plug-in hybrid, or battery electric system for propulsion |
| Hybrid Electric Vehicle | HEV | A vehicle with both a gasoline engine and a HV Battery |
| Plug-in Hybrid Electric Vehicle | PHEV | A vehicle with both a gasoline engine and a HV Battery that can be charged externally |
| Battery Electric Vehicle | BEV | A vehicle with only a HV Battery that can be charged externally |
| State of Charge | SOC | The remaining capacity available in a battery |
| 12-Volt | 12V | Standard 12V battery used to power electrical systems separate from high voltage components |
| High Voltage | HV | HV Battery used to power the electrified vehicle |

Electrified vehicles are equipped with two types of batteries, a HV battery and a 12V battery. Conventional vehicles are equipped with only a 12V battery.

As a matter of policy, Lexus does not provide battery warranty coverage for discharged and/or failed batteries due to lack of maintenance. It is the dealer's responsibility to maintain the specified SOC of the vehicle's battery while in stock and ensure proper SOC at delivery.

To reduce customer service concerns due to an undercharged battery, **ALL dealers should test the 12V battery and recharge, if necessary, no more than 48 hours before delivery to the customer.**

> **CAUTION**
>
> **Refer to the precautions listed in the _DSS-5000 Instruction Manual_ and _DCA-8000 Instruction Manual_ located at _TIS – Diagnostics – Tools & Equipment – Battery Diagnostics_.**

© 2025 Lexus, a division of Toyota Motor Sales, USA

 **L-SB-0001-24    Rev1**                    **January 24, 2024**                    **Page 3 of 7**

## Battery Inspection and Maintenance During PDS

### Warranty Information

| OP CODE | DESCRIPTION | TIME | OFP | T1 | T2 |
|---|---|---|---|---|---|
| N/A | Not Applicable to Warranty | – | – | – | – |

### Required Tools & Equipment

| SPECIAL SERVICE TOOLS (SST) | PART NUMBER | QTY |
|---|---|---|
| DSS-5000 Battery Diagnostic Tool* | DSS-5000P T | 1 |
| DCA-8000 Battery Diagnostic Tool* | DCA-8000P T | 1 |

*Essential SST.

> **NOTE**
>
> Additional SSTs may be ordered by calling 1-800-368-6787 or by visiting
> *Home – Service Resources – Lexus Special Service Tools (SSTs).*

| REQUIRED EQUIPMENT | SUPPLIER | PART NUMBER | QTY |
|---|---|---|---|
| Techstream ADVi* | ADE | TSADVUNIT | 1 |
| Techstream 2.0 | | TS2UNIT | |
| Techstream Lite | | TSLITEPDLR01 | |
| Techstream Lite (Green Cable) | | TSLP2DLR01 | |

*Essential SST.

> **NOTE**
> - Only ONE of the Techstream units listed above is required.
> - GTS+ software version 2024.04.004.02 or later is required.
> - Additional Techstream units may be ordered by calling Approved Dealer Equipment (ADE)
>   at 1-800-368-6787 or by visiting *TIS – Diagnostics – Tools & Equipment – Techstream Order Portal.*

© 2025 Lexus, a division of Toyota Motor Sales, USA

## Battery Inspection and Maintenance During PDS

**Battery Inspection Procedure**

Test the 12V battery using the DSS-5000 Battery Diagnostic Tool's PDI mode or the DCA-8000 Battery Diagnostic Tool's PDS/PDI mode. ALWAYS perform the battery test directly on the battery terminals, avoid testing the 12V battery using alternate charging posts or grounds.

> **NOTE**
> - ALL vehicles MUST be inspected and charged no more than 48 hours BEFORE delivery to the customer.
> - Ensure ALL doors stay closed and lights remain OFF during battery testing and charging.
> - For details on how to use the battery diagnostic station, refer to the *DSS-5000 Instruction Manual* and *DCA-8000 Instruction Manual* located at *TIS – Diagnostics – Tools & Equipment – Battery Diagnostics*.

> **NOTICE**
>
> **In vehicles equipped with both a 12V battery and a hybrid battery, the DSS-5000 and DCA-8000 Battery Diagnostic Tool is ONLY to be used on the 12V battery.**

**Battery Inspection Results**

The PDS/PDI mode was developed to confirm the battery's State of Charge (SOC) to ensure the proper operation and optimal battery life. The DSS-5000 will check the battery's SOC and recommend charging when necessary. The DCA-8000 will check the battery's SOC and automatically charge the battery. Once the PDS/PDI mode completes, proceed with one of the procedures below according to the battery condition results.

**DSS-5000 Results**

1. "PDI Complete" – Return the battery to service.
2. "PDI Incomplete" – Fully charge the battery using the DCA-8000 in PDS/PDI mode.
3. "PDI Fail" – detected a battery concern, test the battery using the DCA-8000 in Advanced Battery Test mode.

**DCA-8000 Results**

1. "PDS/PDI Complete" – Return the battery to service.
2. If the PDS/PDI mode detects a battery concern, test the battery using the DCA-8000 in Advanced Battery Test mode.

© 2025 Lexus, a division of Toyota Motor Sales, USA

# Battery Inspection and Maintenance During PDS

**Battery Replacement Procedure**

If a vehicle battery needs to be replaced for a warrantable condition, complete a Warranty Battery Label and affix it to the failed battery for proper warranty parts and claim processing. **Include the Vehicle Identification Number (VIN) and warranty code on the Warranty Battery Label.**

**Figure 1.**



**Periodic Battery Maintenance**

In addition to this pre-delivery battery test, periodic battery maintenance is still required for stored vehicles. If your dealership is in an area subject to extreme temperatures (hot or cold), periodic maintenance may need to be performed more frequently.

If the vehicle is stored for over 30 days, be sure to follow *Long-Term Vehicle Storage Guidelines*.

To reduce parasitic battery drain on vehicles that are placed in storage for one week or more, the negative (–) battery cable should ALWAYS be disconnected to reduce battery discharge.
When the negative (–) battery cable is reconnected, check and reset electrical components, such as the clock, radio, etc., and re-initialize ALL applicable systems/functions.

Refer to the appropriate model and year Repair Manual for torque specifications:
*Repair Manual – General – Maintenance – Battery – Installation.*

© 2025 Lexus, a division of Toyota Motor Sales, USA



# Battery Inspection and Maintenance During PDS

**Maintenance for HV Battery during PDS (HEV and PHEV models)**

The SOC of the HV battery may have gradually decreased during the time the vehicle was being transported to your dealership. To prevent the HV battery from deteriorating, perform the following maintenance service at the time of PDS.

**Charging the HV battery**

1. Park the vehicle in open air or connect the exhaust extraction hose to the exhaust pipe.

2. Apply the parking brake.

3. With the brake pedal depressed, select the power switch to the "START" mode, and check that the "READY" light in the combination meter illuminates when the hybrid system starts (the "READY" light is ON).

4. Turn OFF ALL lights and accessories.

5. Check that the shift lever is in the "P" position.

6. Keep the "READY" light ON and charge the HV battery for 30 minutes.

**Figure 2**



---

**NOTE**
- If the amount of charging energy is small, the display may NOT indicate the energy flow.
- Ensure there is a sufficient amount of fuel in the vehicle to run for at least 30 minutes.

---

**HINT**
The HV battery can also be charged by driving the vehicle for 30 minutes.

---

© 2025 Lexus, a division of Toyota Motor Sales, USA

 **L-SB-0001-24   Rev1**   **January 24, 2024**   **Page 7 of 7**

## Battery Inspection and Maintenance During PDS

**Maintenance for HV Battery during PDS (BEV models)**

BEV models store electricity received via an external power source in the HV battery. The SOC of the HV battery may have gradually decreased during the time the vehicle was being transported to your dealership reducing vehicle range. To prevent the HV battery from fully discharging, perform the following procedure at the time of PDS to maintain the charge level of the HV battery.

1. If the warning light is displayed ON within the combination meter, charge the HV battery via the AC charging method.

**Table 2.**

| CONNECTED POWER SOURCE | CHARGER | | | AC CHARGING CABLE |
|---|---|---|---|---|
| | DC CHARGING | AC CHARGING | | |
| Charging Voltage | Avoid using DC charger for supplementary charging during long-term storage, prefer AC charging | AC 220 – 230 V | | |
| Charging Current | | 32 A | 16 A | 8 – 10 A |
| Charging Time | | Approximately 30 Minutes | Approximately 60 Minutes | Approximately 90 Minutes |

2. After charging has been completed, verify the HV battery warning light is OFF before storing the vehicle long-term. If the HV battery warning light is still ON after charging, repeat the charging process.

> **NOTE**
> - Model-specific information for charging the HV battery, charging equipment, and charging method can be referenced from the vehicle's owner's manual. Avoid using the DC charger for supplementary charging during PDS.
> - For additional vehicle care points, reference the model specific PDS bulletin and PDS check sheet.
> - Refer to *Long Term Storage Guidelines* when the vehicle is to be stored for more than 30 days at the dealership.

© 2025 Lexus, a division of Toyota Motor Sales, USA