UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

| | |
|---|---|
| FRANCIS RODRICK; ROBERT DADE; and JAMIE PABILONIA, <br><br> Plaintiffs, <br><br> v. <br><br> TOYOTA MOTOR NORTH AMERICA INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; TOYOTA MOTOR SALES, U.S.A., INC., <br><br> Defendants. | ase No. 3:26-cv-03210-H-JLB <br><br> Assigned to: Hon. Marilyn L. Huff <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., AND TOYOTA MOTOR SALES, U.S.A., INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT** <br><br> [*Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; Declaration of Jahmy S. Graham; and Request for Judicial Notice*] <br><br> Date: October 12, 2026 <br> Time: 10:30 a.m. <br> Courtroom: 12A <br><br> Complaint Filed:  May 22, 2026 |

26cv3210

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' CLASS ACTION COMPLAINT

# [PROPOSED] ORDER

Pending before this Court is Defendants Toyota Motor North America, Inc. ("TMNA"), Toyota Motor Engineering & Manufacturing North America, Inc. ("TEMA"), and Toyota Motor Sales, U.S.A., Inc.'s ("TMS") (collectively, "Defendants") Motion to Dismiss the putative Class Action Complaint ("Complaint") filed by Plaintiffs Francis Rodrick ("Rodrick"), Robert Dade ("Dade"), and Jamie Pabilonia ("Pabilonia" and together with Rodrick and Dade, "Plaintiffs") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

After full consideration of the moving and opposing papers of all parties, supporting declarations and exhibits, the arguments of counsel, the Complaint, the Request for Judicial Notice, and all other matters presented to the Court, **IT IS HEREBY ORDERED THAT** Defendants' Request for Judicial Notice is **GRANTED** *in its entirety*. Further, Defendants' Motion to Dismiss Plaintiffs' Complaint is **GRANTED** *in its entirety and with prejudice*.

**IT IS SO ORDERED**.

DATED: _____, 2026.

_____
The Honorable Marilyn L. Huff
United States District Judge

1                                                                26cv3210

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' CLASS ACTION COMPLAINT

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first-class postage prepaid, to all counsel of record in this matter.


*/s/ Jahmy S. Graham*
Jahmy S. Graham

CERTIFICATE OF SERVICE