**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Jahmy S. Graham (SBN 300880)
jahmy.graham@nelsonmullins.com
Rona Eli (SBN 326093)
rona.eli@nelsonmullins.com
Michael E. Seager (SBN 354564)
michael.seager@nelsonmullins.com
Two California Plaza, Suite 2200
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (424) 221-7470
Facsimile: (202) 279-2017

Attorneys for Defendants
TOYOTA MOTOR NORTH AMERICA, INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; TOYOTA MOTOR SALES, U.S.A., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

FRANCIS RODRICK, ROBERT DADE, JAMIE PABILONIA, DEBRA AKEL, VINCENT SICA, DANIEL MCRAE, CATHERINE DOYLE, MARTHA SAMUEL, and HOWARD WERSTIL,

Plaintiffs,

v.

TOYOTA MOTOR NORTH AMERICA INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; TOYOTA MOTOR SALES, U.S.A., INC.,

Defendants.

Case No. 3:26-cv-03210-H-JLB

Assigned to: Hon. Marilyn L. Huff

**DECLARATION OF JAHMY S. GRAHAM IN SUPPORT OF DEFENDANTS TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., AND TOYOTA MOTOR SALES, U.S.A., INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

[*Filed concurrently with Notice of Motion and Motion to Dismiss FAC; Memorandum of Points and Authorities; Request for Judicial Notice; and [Proposed] Order*]

Date: December 7, 2026
Time: 10:30 a.m.
Courtroom: 12A

Complaint Filed: May 22, 2026
FAC Filed: August 10, 2026

I, Jahmy S. Graham, declare as follows:

1. I am an attorney licensed to practice before all courts in the State of California and the United States District Court for the Southern District of California. I am a Partner at Nelson Mullins Riley & Scarborough LLP and represent Defendants Toyota Motor North America, Inc. ("TMNA"), Toyota Motor Engineering & Manufacturing North America, Inc. ("TEMA"), and Toyota Motor Sales, U.S.A., Inc. ("TMS") (collectively, "Defendants") in the above-captioned matter. I make this declaration based upon my own personal knowledge, except as to those matters stated upon information and belief, which I have a good faith basis to believe are true and correct. If called as a witness to testify to the statements made in this declaration, I could and would do so honestly and competently.

2. I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint ("FAC") and Request for Judicial Notice.

3. Attached as **Exhibit 1** is a true and correct copy of the Lexus Technical Service Information Bulletin ("TSB") L-SB-0016-23, dated March 13, 2023, regarding the "Battery Maintenance During PDS" for Model Year 2024 Lexus NX250, NX350, NX350H, NX450H+, RX350, RX350H, RX450H+, RZ300E, and RZ450E. This TSB is publicly available on the National Highway Traffic Safety Administration ("NHTSA") website at https://static.nhtsa.gov/odi/tsbs/2024/MC-10248820-9999.pdf.

4. Attached as **Exhibit 2** is a true and correct copy of the Lexus TSB L-SB-0015-23, dated March 13, 2023, regarding the "Maintenance for HV/BEV and Auxiliary Batteries" for Model Year 2024 Lexus NX350H, RX350H, RX450H+, RX500H, and RZ450E. This TSB is publicly available on the NHTSA website at https://static.nhtsa.gov/odi/tsbs/2023/MC-10244125-9999.pdf.

5. Attached as **Exhibit 3** is a true and correct copy of the Lexus TSB L-SB-0001-24, dated January 24, 2024, regarding the "Battery Inspection and Maintenance During PDS" for Model Year 2025 Lexus NX250, NX350, NX350H, NX450H+, RX350, RX350H, RX450H+, RX500H, RZ300E, and RZ450E. This TSB is publicly available on the NHTSA website at https://static.nhtsa.gov/odi/tsbs/2025/MC-11014201-0001.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of September, 2026, at Los Angeles, California.

/s/ Jahmy S. Graham
Jahmy S. Graham

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first-class postage prepaid, to all counsel of record in this matter.

*/s/ Jahmy S. Graham*
Jahmy S. Graham