# EXHIBIT 1

**L-SB-0016-23** **Rev2** **March 13, 2023**

Technical Service Information Bulletin

# Battery Maintenance During PDS

**Service Category** General

**Section** Pre-Delivery Service **Market** USA

Toyota Supports ASE Certification

**Applicability**

| YEAR(S) | MODEL(S) | ADDITIONAL INFORMATION |
|---|---|---|
| 2024 | ES250, ES300H, ES350, GX550, IS300, IS350, IS500, LC500, LC500C, LC500H, LS500, LS500H, LX600, NX250, NX350, NX350H, NX450H+, RC F, RC300, RC350, RX350, RX350H, RX450H+, RZ300E, RZ450E, TX350, TX500H, TX550H+, UX250H | |

**REVISION NOTICE**

**December 21, 2023 Rev2:**

- **Applicability has been updated to include 2024 model year GX 550, and RZ 300e vehicles.**

**August 28, 2023 Rev1:**

- **Applicability has been updated to include 2024 model year NX 450h+, RX 350h, RX 450h+, TX 350, and TX 500h, and TX 550h+ vehicles.**
- **Applicability has been updated to remove 2024 model year NX 450h vehicles.**

**Any previous printed versions of this bulletin should be discarded.**

© 2023 Lexus, a division of Toyota Motor Sales, USA

# Battery Maintenance During PDS

## Introduction

A battery in a stored vehicle is subject to conditions that can reduce its performance and service life. These conditions include storage period, temperature, parasitic drain, and battery load. Because of these factors, battery inspection and maintenance are required in order to ensure proper operation and optimal battery life.

As a matter of policy, Lexus does not provide battery warranty coverage for discharged and/or failed batteries due to lack of maintenance. It is the dealer's responsibility to maintain the specified State-Of-Charge (SOC) of the vehicle's battery while in stock and ensure proper SOC at delivery.

To eliminate customer service concerns due to an undercharged battery during the first few weeks of ownership, **ALL dealers should test the auxiliary (12V) battery and recharge, if necessary, no more than 48 hours before delivery to the customer.**

**CAUTION**

**Refer to the precautions listed in the *DSS-5000 Instruction Manual* and *DCA-8000 Instruction Manual* located at *TIS – Diagnostics – Tools & Equipment – Battery Diagnostics*.**

© 2023 Lexus, a division of Toyota Motor Sales, USA

# Battery Maintenance During PDS

### Warranty Information

| OP CODE | DESCRIPTION | TIME | OFP | T1 | T2 |
|---|---|---|---|---|---|
| N/A | Not Applicable to Warranty | – | – | – | – |

### Required Tools & Equipment

| SPECIAL SERVICE TOOLS (SST) | PART NUMBER | QTY |
|---|---|---|
| DSS-5000 Battery Diagnostic Tool* | DSS-5000P T | 1 |
| DCA-8000 Battery Diagnostic Tool* | DCA-8000P T | 1 |

*Essential SST.

NOTE
Additional SSTs may be ordered by calling 1-800-933-8335.

| REQUIRED EQUIPMENT | SUPPLIER | PART NUMBER | QTY |
|---|---|---|---|
| Techstream ADVi* | ADE | TSADVUNIT | 1 |
| Techstream 2.0 | | TS2UNIT | |
| Techstream Lite | | TSLITEPDLR01 | |
| Techstream Lite (Green Cable) | | TSLP2DLR01 | |

*Essential SST.

NOTE
- Only ONE of the Techstream units listed above is required.
- GTS+ software version 2023.04.003.02 or later is required.
- Additional Techstream units may be ordered by calling Approved Dealer Equipment (ADE) at 1-800-368-6787.

© 2023 Lexus, a division of Toyota Motor Sales, USA

# Battery Maintenance During PDS

### Battery Inspection Procedure

Test the auxiliary (12V) battery using the DSS-5000 Battery Diagnostic Tool's In Vehicle Test mode or the DCA-8000 Battery Diagnostic Tool's Advanced Battery Test mode. ALWAYS perform the battery test directly on the battery terminals, avoid testing the battery using alternate charging posts or grounds.

**IMPORTANT NOTE FOR HYBRID VEHICLES**

**In hybrid and electric vehicles, the DCS-8000 Battery Diagnostic Tool is to be used ONLY on the auxiliary (12V) battery.**

NOTE

- ALL vehicles MUST be inspected using the DCA-8000 Battery Diagnostic Tool no more than 48 hours BEFORE delivery to the customer.
- Ensure ALL doors stay closed and lights remain OFF during battery testing and charging.
- For details on how to use the battery diagnostic station, refer to the *DSS-5000 Instruction Manual* and *DCA-8000 Instruction Manual* located at *TIS – Diagnostics – Tools & Equipment – Battery Diagnostics*.

### Battery Inspection Results

Once the test completes, proceed with one of the procedures below according to the battery condition results.

- **Battery Condition: "GOOD BATTERY"**
  Return the battery to service.
- **Battery Condition: "GOOD-RECHARGE"**
  Fully charge the battery using the DCA-8000 Battery Diagnostic Tool's Manual Charge mode and return it to service.
- **Battery Condition: "BAD CELL-REPLACE"**
  Replace the battery.
- **Battery Condition: "REPLACE BATTERY"**
  Replace the battery.
- **Battery Condition (DSS-5000 ONLY):**
  **"USE DCA-8000 ADVANCED BATTERY DIAGNOSTICS"**
  Test the auxiliary (12V) battery using the DCA-8000 Battery Diagnostic Tool's Advanced Battery Test mode.

© 2023 Lexus, a division of Toyota Motor Sales, USA

# Battery Maintenance During PDS

### Battery Replacement Procedure

If a vehicle battery needs to be replaced for a warrantable condition, complete a Warranty Battery Label and affix it to the failed battery for proper warranty parts and claim processing. **Include the Vehicle Identification Number (VIN) and warranty code on the Warranty Battery Label.**

Figure 1.

WARRANTY BATTERY LABEL
ETIQUETA PARA BATERIA DE GARANTIA
(Please Print / Llénese con Letra de Molde Por Favor)

Dealer Code
Código de Agencia

Vehicle Identification Number (VIN)
Número de Identificación de Vehículo (NIV)

| Repair Order No. / No. de Orden de Reparación | Repair Date / Fecha de Reparación | Failure Code / Código de Falla |
|---|---|---|
| Veh. Date of First Use / Fecha de Primer Uso del Veh. | Original Install Date / Fecha de Instalación Original (Svc. part replacement only/ solamente para el reemplazo de partes de servicio) | Battery Mos. In Svc. / Número de meses que Batería está en servicio |

08/02 00404–BTTRY–LABEL

### Periodic Battery Maintenance

In addition to this pre-delivery battery test, periodic battery maintenance is still required for stored vehicles. If your dealership is in an area subject to extreme temperatures (hot or cold), periodic maintenance may need to be performed more frequently.

If the vehicle is stored for over 30 days, be sure to follow *Long-Term Vehicle Storage Guidelines*.

To reduce parasitic battery drain on vehicles that are placed in storage for one week or more, the negative (–) battery cable should ALWAYS be disconnected to reduce battery discharge. When the negative (–) battery cable is reconnected, check and reset electrical components, such as the clock, radio, etc., and re-initialize ALL applicable systems/functions.

Refer to the appropriate model and year Repair Manual for specific details.

© 2023 Lexus, a division of Toyota Motor Sales, USA